# CIVIL MOTION MINUTES

Date: 02/11/22    Judge: Brinkema
                  Reporter: S. Austin

Time: 9:57am – 10:42am

Civil Action Number: 1:21cv615

Qasim Rashid    vs.   Joseph Cecil Vandevere

Appearances of Counsel for    (X) Pltf    (X) Deft

Motion to/for:
#34 Pltf Motion of Partial Summary Judgment
#37 Deft Motion of Partial Summary Judgment

Argued &
(  ) Granted   (  ) Denied (    ) Granted in part/Denied in part
(  ) Held in Abeyance (    ) Taken Under Advisement   (  ) Continued to (  ) Overruled

#34 - granted in part/denied in part

#37 - denied

(  ) Memorandum Opinion to Follow

(X) Order to follow