IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| QASIM RASHID, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21-cv-615 (LMB/IDD) |
| ) | |
| JOSEPH CECIL VANDEVERE, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in open court, it is hereby

ORDERED that plaintiff's Motion for Partial Summary Judgment [Dkt. No. 34] be and is DENIED IN PART and GRANTED IN PART. It is denied as to Count I of the complaint and granted as to defendant's "public figure" affirmative defense; and it is further

ORDERED that defendant's Motion for Partial Summary Judgment [Dkt. No. 37] be and is DENIED.

The Clerk is directed to forward copies of this Order to counsel of record.

Entered this 11th day of February, 2022.

Alexandria, Virginia

/s/
Leonie M. Brinkema
United States District Judge